AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 4:21-mj-71854-MAG   Document 5   Filed 11/23/21   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America<br><br>v.<br><br>YELDA SHAMS,<br><br>Defendants. | Case No. 21-mj-71854-MAG-1  (KAW)<br><br>Charging District:  Southern District of California<br><br>Charging District's Case No.:  2:21-mj-08861-RBM |
|---|---|

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: United States Courthouse - El Centro<br>2003 W Adams Ave, Ste. 220<br>El Centro, CA 92243 | Courtroom No.: TBD |
|---|---|
| | Date and Time: December 6, 2021 at 8:00 a.m. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 11/23/2021

_Kandis Westmore_
Kandis A. Westmore
United States District Judge